Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

Greg Hanoian, SBN 295131
greg@vznlaw.com
**VZN LAW**
5619 N. Figueroa, Suite 207
Los Angeles, California 90042
Telephone: (310) 752-4605

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>IB HOSPITALITY INC. d/b/a NORAH a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01096-SB-PVC<br><br>CLASS ACTION<br><br>Honorable Judge Stanley Blumenfeld, Jr.<br><br>**STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE**<br><br>Complaint Filed: January 5, 2021<br>Trial Date:       None Set |

STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brett DeSalvo and Defendant IB Hospitality Inc. d/b/a Norah, stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear his or its own fees and costs.

Dated: October 13, 2021  **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho, Esq.
*Attorneys for Plaintiff and Proposed Class*

Dated: October 13, 2021  **VZN LAW**

*/s/ Greg Hanoian*
 Greg Hanoian, Esq.
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

Dated: October 13, 2021  **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff and Proposed Class*