FILED
CLERK, U.S. DISTRICT COURT

October 14, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br>IB HOSPITALITY INC. d/b/a NORAH a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-01096-SB-PVC<br><br>CLASS ACTION<br><br>Honorable Judge Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE**<br><br>Complaint Filed: January 5, 2021<br>Trial Date:　　　None Set |

1    IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Brett
2 DeSalvo and Defendant IB Hospitality Inc. d/b/a Norah's jointly request that this
3 Court enter a dismissal with prejudice as to Plaintiff's individual claims in their
4 entirety and without prejudice as to the claims of absent putative class members in
5 the above-entitled action, is GRANTED in full. Each party shall bear his or its own
6 fees and costs.

8    IT IS SO ORDERED.

10 Dated: October 14, 2021



                              _____
                              HON. STANLEY BLUMENFELD, JR.
                              U.S. DISTRICT COURT JUDGE